IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIUS A. CULVER<br>AIS #00171277,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN TONY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 18-0504-CG-N<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 2) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated December 12, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this habeas case under 28 U.S.C § 2254 be **TRANSFERRED** to the United States District Court for the Middle District of Alabama under 28 U.S.C. § 1631. The Clerk of Court is **DIRECTED** to take all necessary action to accomplish this transfer, and to administratively close the above-styled action after transfer is complete.

**DONE and ORDERED** this 4th day of January, 2019.

                                        /s/ Callie V. S. Granade
                                      SENIOR UNITED STATES DISTRICT JUDGE